**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT**
**E.D.N.Y.**
**\* NOVEMBER 20, 2025\***
**BROOKLYN OFFICE**

**25-CR-364**
**Judge Nina R. Morrison**



November 19, 2025

**MEMORANDUM**
**BRENNA MAHONEY**
**U.S. DISTRICT COURT CLERK**

**AULT, Stacey Allison**
**Docket No.: 21-CR-224 (WDTX)**
**Request for Judicial Reassignment**

Reference is made to Stacey Allison Ault (Ault) who was sentenced in the Western District of Texas (WDTX) on February 20, 2024, to twenty-two (22) months' custody followed by three (3) years' supervised release. The following special conditions were imposed: 1) The defendant shall provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office; and 2) The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment if financially able. A special assessment fee of $100, and restitution order of $1,287,970.42 were ordered. This sentence followed Ault's guilty plea to Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), a class C felony. Ault commenced her term of supervised release on August 11, 2025, in the Eastern District of New York (EDNY) due to her residence herein.

The purpose of this memorandum is to request that Ault's case be judicially reassigned to the EDNY as she currently resides within the district and has no further ties to the WDTX. On November 13, 2025, The Honorable Fred Biery, U.S. District Judge, WDTX, signed an order initiating the transfer of jurisdiction to the EDNY. As per 18 U.S.C. § 3605, our office is requesting transfer of jurisdiction, and we respectfully request that the WDTX case (21-CR-224) be docketed in the EDNY and assigned to a U.S. District Court Judge. Attached, please find two copies of Probation Form 22, Transfer of Jurisdiction, signed by U.S. District Court Judge Fred Biery. Should you have any questions, or require further information, please contact the undersigned officer at (347) 534-3465.

*2*
*AULT, Stacey Allison*
*Docket No.: 21CR224*

RESPECTFULLY SUBMITTED:

ROBERT L. CAPERS

CHIEF U.S. PROBATION OFFICER

| Prepared by: | Approved by |
|---|---|
| *[signature]* | *[signature]* Digitally signed by Christina M Bourque Date: 2025.11.19 15:18:22 -05'00' |
| Joseph Barlow | Christina Bourque |
| U.S. Probation Officer | Supervisory U.S. Probation Officer |